IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>STEVEN M. MCCAIN,<br><br>                  Defendant. | **8:10CR191**<br><br>**ORDER** |

      This matter is before the court on defendant's motion to appoint counsel, Filing No. 124. The court notes that Assistant Federal Public Defender Michael F. Maloney entered an appearance on June 27, 2016 and a Motion to Vacate under 28 U.S.C. 2255.  *See* Filing No. 120, Entry of Appearance, and Filing No. 121, Motion to Vacate. General Order 2016-07 was also entered on June 27, 2016 appointing the Federal Public Defender for the District of Nebraska or one of his delegates.  *See* Filing No. 122.  Accordingly, the defendant's motion will be denied as moot.

      IT IS ORDERED THAT

      1)      The defendant's motion to appoint counsel, Filing No. 124, is denied as moot.

      2)      The Clerk of Court is directed to mail a copy of the Entry of Appearance and General Order 2016-07, Filing Nos. 120 and 122, and a copy of the docket sheet along with a copy of this Order to the defendant at his last known address.

      Dated this 26th day of July, 2016

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      Senior United States District Judge