IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:10CR191 |
| Plaintiff, | |
| vs. | JUDGMENT |
| STEVEN M. MCCAIN, | |
| Defendant. | |

Pursuant to the Memorandum and Order entered this date, judgment of dismissal is entered regarding defendant's motion to vacate under 28 U.S.C. § 2255, Filing No. 121.

Dated this 7th day of August, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge